*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*John G. McCarthy*
*Direct Tel: 212-907-9703*
*Direct Fax: 212-907-9803*
*JMCCARTHY@sgrlaw.com*

September 12, 2025

> The request is granted. The conference ordered in the Court's Order at Docket Number 15 is adjourned to September 19, 2025, at 3:00 p.m.
>
> The Clerk of the Court is respectfully directed to close Docket Number 16.
>
> SO ORDERED.
> Date: September 12, 2025
> New York, New York
>
> *John P. Cronan*
> JOHN P. CRONAN
> United States District Judge

**VIA ECF AND EMAIL**

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, New York 10007

Re:   *4 West 21st Street Owners Corp. v. BREM Realty LLC*, 25 Civ. 7173 (JPC)

Dear Judge Cronan:

      We are the attorneys for Plaintiff in the above-entitled civil action involving the redetermination process for the rent pursuant to a ground lease. We write to respectfully request that the Court reschedule the Webex teleconference set for next Wednesday, September 17 at 4:00 pm. The undersigned, lead counsel for Plaintiff, is scheduled to be on a flight to Chicago at that time. No prior request to reschedule the teleconference has been made. Defendant consents to this request. Mr. Whitney and I have checked our calendars for next week and we are both free for a Webex teleconference on Tuesday, September 16 (all day) and on Friday, September 19 (after 2:30 pm). Plaintiff respectfully requests that the conference be moved to a time that is convenient to the Court on one of those days.

      Respectfully yours,

      John G. McCarthy

cc:   Eric N. Whitney, Esq.

SGR/80931442.1