```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
4 WEST 21st STREET OWNERS CORP.,                                       :
                                                                       :
                                Plaintiff,                             :
                                                                       :
                -v-                                                    :    25 Civ. 7173 (JPC)
                                                                       :
BREM REALTY, LLC,                                                      :        ORDER
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

As discussed in today's conference, the Court grants Plaintiff's request to file a motion to stay arbitration, *see* Dkt. 11, and Defendant's request to file motions to dismiss and to compel arbitration and stay this action. *See* Dkt. 19. The Court holds in abeyance Plaintiff's request to file a motion for summary judgment. *See* Dkt. 11.

Plaintiff shall file its motion to stay arbitration no later than September 23, 2025. Defendant's brief in opposition to that motion is due no later than September 30, 2025. Plaintiff's reply, if any, is due no later than October 3, 2025.

Defendant's motions to dismiss and to compel arbitration and stay this action are due no later than September 30, 2025. Plaintiff must file its opposition to those motions no later than October 14, 2025. Defendant's reply, if any, is due no later than October 21, 2025.

The Clerk of Court is respectfully directed to close Docket Number 11.

SO ORDERED.

Dated: September 19, 2025                     _____
       New York, New York                              JOHN P. CRONAN
                                                  United States District Judge