*Smith, Gambrell & Russell, LLP*
*1301 Avenue of the Americas*
*15th Floor*
*New York, New York 10019*
*Tel: 212-907-9700*
*www.sgrlaw.com*



*Morgan V. Manley*
*Direct Tel: 212-907-9729*
*Direct Fax: 212-907-9829*
*mmanley@sgrlaw.com*

October 9, 2025

The request is granted. Plaintiff shall submit its Opposition no later than October 21, 2025. Defendant's reply, if any, shall be due no later than October 28, 2025. The Clerk of the Court is respectfully directed to close Docket Number 31.

SO ORDERED.
Date: October 10, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

***VIA ECF***

Honorable John P. Cronan
United States District Judge
500 Pearl Street
New York, New York 10007

Re:     *4 West 21st Street Owners Corp. v. BREM Realty LLC*, 25 Civ. 7173 (JPC)

Dear Judge Cronan:

We represent 4 West 21st Street Owners Corp. ("Tenant") in the above-captioned action. Pursuant to Rule 3.B of Your Honor's Individual Rules and Practices in Civil Cases, we respectfully write to request a brief extension of time for Tenant to file its opposition to pending motion to dismiss filed by Defendant BREM Realty LLC ("Landlord").

The current deadline for Tenant's opposition is October 14, 2025. Tenant respectfully requests a seven-day extension of that deadline to October 21, 2025. If the Court grants this request, Landlord's reply, if any, would be due on October 28, 2025. The reason for this request is unexpected and significant health issues that have impacted the undersigned counsel's ability to complete the opposition by the current deadline.

Landlord's counsel has consented to the request. No prior extension has been requested. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Morgan V. Manley*

Morgan V. Manley

cc:     All counsel of record