UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

4 WEST 21st STREET OWNERS CORP.,

Plaintiff,

-v-

BREM REALTY, LLC,

Defendant.

---------------------------------------------------------------------X

25 Civ. 7173 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On September 23, 2025, Plaintiff moved to stay arbitration in this case. Dkt. 21. On September 30, 2025, Defendant moved to dismiss Plaintiff's First Amended Complaint and/or to stay this litigation pending the outcome of the arbitration. Dkt. 24. By September 8, 2026, the parties shall submit a joint letter updating the Court on the status of the arbitration and explaining whether any pending motion is now moot.

SO ORDERED.

Dated: September 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge