**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

4 WEST 21ST STREET OWNERS CORP.,

Plaintiff,

-against-

25 **CIVIL** 7173 (JPC)

# JUDGMENT

BREM REALTY, LLC,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 16, 2026, the Court has granted Defendant's motion to dismiss (and thus does not reach its alternative motion to compel arbitration and stay this action), dismissed the Amended Complaint without leave to amend, and denied as moot Plaintiff's motion to stay or enjoin arbitration pending this lawsuit. Judgment is entered in favor of Defendants; accordingly, the case is closed.

**Dated:** New York, New York

September 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**